**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: February 27, 2013**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO AT CINCINNATI

| | |
|---|---|
| IN RE: | CASE NO. 10-17284-bp |
| STACEY L. CAMP<br>ROBBIN R. CAMP | Chapter 13 |
| Debtors | Judge Burton Perlman |

**AGREED ORDER RESOLVING AFFIDAVIT OF DEFAULT, Doc. 65**

This matter having come on before the Court upon the Affidavit of Default, doc. 65, filed herein by the secured creditor, Residential Credit Solutions, Inc., ("Movant"); and the Response thereto filed by Debtors, doc. 66; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of movant and the Debtors.  The Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. Movant filed an Affidavit of Default on January 29, 2013, doc. 65.

2. Debtors filed a Response to the Affidavit on February 1, 2013, doc. 66.

3. The parties agree that Debtors failed to make certain of the regular monthly mortgage payments to Movant; said payments currently in default for the months of January and February, 2013, incurring a total post-petition arrearage of $1,312.45, as of February 25, 2013, which amount consists of two (2) post-petition payments at $719.15 each, plus attorney fees of $50.00, less suspense balance of $175.85.

4. In order to eliminate said post-petition delinquency, the Debtors hereby agree to pay Movant, and Movant, hereby agrees to accept, in the form of certified funds the sum of $1,312.45 on or before March 31, 2013.

5. The source of funds for the lump sum payment is Debtors' tax refund.

6. Said lump sum payments are in addition to the regular monthly mortgage payments of $719.15 due and owing beginning on March 1, 2013.

7. In the event that the said Debtors should fail to make the lump sum payments hereinabove described on or before their specified due dates, or should they fail to pay any future monthly payment so that said mortgage payment is not received by Movant on the last day of the month in which it is due, then, or in any one of those events, Movant shall give ten (10) days Notice to Debtors' Attorney and to debtors; and thereafter, may file with the Court an Affidavit certifying that the Debtor is in default under the terms of the Agreed Order and upon submission of such Affidavit, the Court shall enter an Order, without hearing, providing Movant is granted relief from the stay.

Agreed Upon:

/s/ John L. Day, Jr.
---

John L. Day, Jr., Esq. (003734)
Reisenfeld & Associates, LPA LLC
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH  45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: ohbk@rslegal.com


/s/ Rebecca S. Lindner
---

Per written authorization
Rebecca S. Lindner, Esq.
Attorney for Debtors
4010 Executive Park Drive Suite 110
Cincinnati, OH  45241
voice: (513)-792-9600


/s/ Margaret A. Burks
---

Per written authorization
Margaret A Burks
Chapter 13 Trustee
600 Vine Street, Suite 2200
Cincinnati, OH 45202
voice: (513) 621-4488


COPIES TO:

Default List plus Additional Party

John L. Day, Jr., Esq.
3962 Red Bank Road
Cincinnati, OH  45227

###

United States Bankruptcy Court
Southern District of Ohio

In re:  
Stacey L. Camp  
Robbin R. Camp  
    Debtors

Case No. 10-17284-bp  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0648-1            User: bellb            Page 1 of 2            Date Rcvd: Feb 28, 2013  
                          Form ID: pdf01            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2013.  
db/jdb      +Stacey L. Camp,   Robbin R. Camp,   3309 Nandale Drive,   Cincinnati, OH 45239-4142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2013**                       **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0648-1          User: bellb              Page 2 of 2                Date Rcvd: Feb 28, 2013
                              Form ID: pdf01           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2013 at the address(es) listed below:

```
          Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov
          David C Nalley    on behalf of Creditor   Residential Credit Solutions, Inc. ohbk@rslegal.com,
           rsbkecfbackup@gmail.com
          David H Yunghans    on behalf of Creditor   Residential Credit Solutions, Inc. ohbk@rslegal.com,
           rsbkecfbackup@gmail.com
          Erin M Laurito    on behalf of Creditor   BAC Home Loans Servicing, LP bk-notices@lauritolaw.com
          James E Tebbutt    on behalf of Creditor   Chase Home Finance, LLC bankruptcy@mdk-llc.com,
           anhsmdk@zuckergoldberg.com
          John L Day    on behalf of Creditor   Residential Credit Solutions, Inc. ohbk@rslegal.com,
           rsbkecfbackup@gmail.com;emily.rudd@rslegal.com
          Margaret A Burks    Cincinnati@cinn13.org
          Rebecca S Lindner    on behalf of Debtor Stacey Camp rebecca@lindnerlawoffice.com
          Ryan F Hemmerle    on behalf of Creditor   Residential Credit Solutions, Inc. ohbk@rslegal.com,
           rsbkecfbackup@gmail.com
                                                                                             TOTAL: 9
```